IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LARRY ROLLAND TURNER, JR., )
        Plaintiff, )
vs. )
) Civil Action No. 14-709
CAROLYN W. COLVIN, )
COMMISSIONER OF SOCIAL SECURITY, )
        Defendant. )

## MEMORANDUM ORDER

On June 5, 2014, Plaintiff Larry Rolland Turner, Jr. filed a complaint against the Commissioner of Social Security seeking judicial review of the denial of his claims for Disability Insurance and Supplemental Security Income benefits. The case was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Rules 72(C)(1) and 72(C)(2) of the Local Rules for Magistrate Judges.

On January 29, 2015, the magistrate judge filed a Report and Recommendation, recommending that Plaintiff's motion for summary judgment [ECF No. 12] be denied and the Defendant, the Commissioner of Social Security's motion for summary judgment [ECF No. 18] be granted. *See* Rep. and Rec. [ECF No. 12].

Service of the Report and Recommendation was made on the parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and the Local Rule of Court 72.D.2, they had fourteen (14) days to file any objections. On February 14, 2015, Plaintiff timely filed objections. [ECF No. 22]. On February 25, 2015, Defendant filed a timely response to Plaintiff's objections. [ECF No. 23].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and the pleadings thereto, the following Order is entered:

1

AND NOW, this 6th day of March, 2015,

IT IS HEREBY ORDERED that Plaintiff's Objections are OVERRULED; and

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment [ECF No. 12] is DENIED and that Defendant's motion for summary judgment [ECF No. 18] is GRANTED.

Magistrate Judge Mitchell's Report and Recommendation [ECF No. 21] dated January 29, 2015 is adopted as the Opinion of the Court.

                                                  The Honorable Arthur J. Schwab
                                                  United States District Judge

cc: Magistrate Judge Robert C. Mitchell
United States District Court
Western District of Pennsylvania

all counsel of record *via CM/ECF electronic filing*